PD-0906-15      No. _____

IN THE
AUSTIN, TX

JOHN MICHAEL WEATHERLY

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
JUL 22 2015
Abel Acosta, Clerk

FROM APPEAL NO. 13-14-00192-CR
TRIAL CAUSE NO. 11-12939
JEFFERSON COUNTY, TEXAS

FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION
FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:
COMES NOW, JOHN WEATHERLY, PETITIONER, AND FILES THIS MOTION
FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION
FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION APPELLANT SHOWS
THE COURT THE FOLLOWING:

## I.

THE PETITIONER WAS CONVICTED IN THE 252 DISTRICT COURT OF JEFFERSON
COUNTY, TEXAS OF THE OFFENSE OF IMPERSONATING PUBLIC SERVANT IN CAUSE
NO 11-12939, STYLED STATE OF TEXAS VS. JOHN MICHAEL WEATHERLY. THE
ATTORNEY THOMAS BURBANK APPEALED TO THE COURT OF APPEALS, 13TH
DISTRICT OF TEXAS. THE CASE WAS AFFIRMED ON JULY 2, 2015.

## II.

THE PRESENT DEADLINE OF FILING PDR IS AUGUST, 2, 2015. PETITIONER
HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

## III.

PETITIONERS REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS:
PETITIONER WAS NOT INFORMED OF ANY OF THE ATTORNEYS INTENT NOR SUBJECT
AND CONTENT OF DIRECT APPEAL. I WAS NEVER CONSULTED OR CONTACTED IN ANY
FASHION OF THE GROUNDS FOR APPEAL. THEREFORE NONE OF THE CONTENT OF
WHICH I OBJECTED TO WAS INCLUDED IN THE APPEAL IN QUESTION.

## IV.

PETITIONER REQUESTS AN ATTORNEY BE APPOINTED OR GRANT THE

EXTENSION.

WHEREFORE, PETITIONE PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR PETITION FOR DISCRETIONARY REVIEW IN CASE 13-14-00192-CR TO OCTOBER 2, 2015.

JOHN WEATHERLY
#1917088
1200 FM 655
ROSHARON. TX 77583

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY U.S. MAIL, FIRST CLASS, TO THE ATTORNEY FOR THE STATE W. G. THOMPSON, 1001 PEARL ST., 3RD FLOOR, BEAUMONT, TX. 77701 ON THIS THE 14th DAY OF JULY, 2015.

PETITIONER, PRO SE

JOHN WEATHERLY

### INMATE DECLARATION
I, JOHN WEATHERLY, TDCJ #1917088, BEING PRESENTLY INCARCERATED IN THE STRING FELLOW UNIT OF TDCJ-ID, BRAZORIA COUNTY, TEXAS VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 14th DAY OF JULY, 2015.

John Weatherly
#1917088

PAGE 2 OF 2